No. 12, Misc. JOHNSON ET AL. *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *James H. Kline,* Deputy Attorney General, for respondent.

No. 14, Misc. SCHWEININGER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *George J. Aspland* and *John Copertino* for respondent.

No. 15, Misc. LAUDERMILK *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.

No. 17, Misc. SESSIONS *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari denied. *Michael J. Rotko* and *Arlen Specter* for respondent.

No. 18, Misc. AGOSTO *v.* ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 19, Misc. FORD *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 20, Misc. CLARKE *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied. *Bronson C. La Follette,* Attorney General of Wisconsin, and *David J. Cannon* for respondent.

No. 24, Misc. RENSING *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Aaron E. Koota* and *Stanley M. Meyer* for respondent.